IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANGELIQUE CHE BREBIS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GARY R. HERBERT, JOHN W. HUBER, JACKIE BISKUPSKI, et al.,<br><br>　　　　　　　Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:18-cv-00184-DN-PMW<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on October 16, 2018, recommends that this action be dismissed with prejudice as frivolous under the IFP Statute, 28 U.S.C. § 1915(e)(2)(B)(i).

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ. P. 72.[2] No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[3] is adopted in its entirety.

---

[1] Docket no. 15, filed Oct. 16, 2018.

[2] *Id.* at 7.

[3] *Id.*

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[4] is ADOPTED and Plaintiffs' Complaint[5] and this action are DISMISSED with prejudice.

The Clerk is directed to close the case.

Signed November 27, 2018.

BY THE COURT

District Judge David Nuffer

---

[4] Docket no. 15, filed Oct. 16, 2018.

[5] Docket no. 3, filed Mar. 3, 2018.